# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 23, 2009

Marilyn Kelly,
Chief Justice

138625
& (64)

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

GERALD MASON and KAREN MASON,
      Plaintiffs-Appellees/Cross-
      Appellants,

v

                                 SC: 138625
                                 COA: 282714

CITY OF MENOMINEE,
      Menominee CC: 02-010066-CH
      Defendant-Appellant/Cross-
      Appellee.

_____/

      On order of the Court, the application for leave to appeal the February 26, 2009 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 23, 2009

_____
Clerk

l0916